# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY ELLER**                                                                                   **PLAINTIFF**

V.                                           **NO. 1:14CV34-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Plaintiff Gary Eller's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 13th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE